THE STATE OF OHIO, APPELLEE, *v.* LUNA, APPELLANT.

[Cite as *State v. Luna* (1996), 75 Ohio St.3d 215.]

(No. 95–2288—Submitted February 6, 1996—Decided March 5, 1996.)

*Michael K. Luna, pro se.*

*Per Curiam.* We affirm the decision of the court of appeals for the reason stated in its judgment entry.

*Judgment affirmed.*

MOYER, C.J., DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY, PFEIFER and COOK, JJ., concur.